**FILED**

04/05/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0222



## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 24-0222

STATE OF MONTANA,

      Plaintiff and Appellee,

    v.

SHANE PHILLIP NICKERSON,

      Defendant and Appellant.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

    Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

    DATED: April 5, 2024.

_____
BOWEN GREENWOOD
Clerk of the Supreme Court